**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**MARCUS D. SHAW,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4458-AW-ZCB**

**C. WHEATON, et al.,**

**Defendants.**

_________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 6), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on September 25, 2026.

s/ *Allen Winsor*
Chief United States District Judge